| 1. Person Reporting (last name, first, middle initial)<br><br>Martinez, Lourdes A. | 2. Court or Organization<br><br>U.S. District Court, NM | 3. Date of Report<br><br>08/11/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge - Full Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☐ Annual  ☑ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>05/02/2017 |

| 7. Chambers or Office Address<br><br>U. S. Courthouse<br>100 North Church Street<br>Las Cruces, New Mexico 88001 |
|---|

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. SINCE 2003 | PUBLIC EMPLOYEES RETIREMENT ASSOC AND JUDICIAL RETIREMENT PLANS, FOR THE STATE OF NEW MEXICO, PAYABLE WHEN EMPLOYEE OBTAINED THE AGE OF 64 YEARS; NO CONTROL |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martinez, Lourdes A. | 08/11/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | SPOUSE WAS A MEMBER OF A CLOSED LAW FIRM - THERE WAS $84 FINALMEMBER WITHDRAWAL PAYMENT IN 2016 - FIRM FINALIZED THE "WINDING DOWN" PROCESS IN 2016 |
| 2. | 2016-17 | SPOUSE IS THE SOLE MEMBER/ATTORNEY OF PETERS LAW FIRM, LLC - SALARY IS PAID TO SPOUSE AS WELL AS MEMBER DISTRIBUTIONS AND RETIREMENT CONTRIBUTIONS |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | PETERS LAW FIRM, LLC | 01/01/16 TO 05/02/17 | NEW MEXICO | SUPPLIES AND MILEAGE IN CONNECTION WITH LAW FIRM BUSINESS | PERSONAL AUTO MILEAGE REIMBURSEMENT-PAID AT IRS MILEAGE RATES; SUPPLIES ARE REIMBURSED AT COST |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martinez, Lourdes A. | 08/11/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | FIRST NATIONAL RIO GRANDE, LAS CRUCES NM (SEE NOTE IN PART VIII) | MORTGAGE ON COMMERCIAL PROPERTY HELD IN HUBERT AND HERNANDEZ BUILDING PARTNERSHIP | L |
| 2. | MISCELLANEOUS VENDORS, IRS & STATE OF NEW MEXICO | PAYROLL RELATED TAXES; ACCTS PAYABLE & NEW MEXICO STATE SALES TAX - PETERS LAW FIRM LLC . ALL CURRENT | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martinez, Lourdes A. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | HUBERT AND HERNANDEZ BUILDING PARTNERSHIP-25% OWNERSHIP (H) | | | | | | | | | 2015-1 ENTITY NAME |
| 2. | -a) Commercial Building Dona Ana County, NM (Building Partnership) | E | Rent | L | W | | | | | 2015-2 |
| 3. | -b) Cash and other misc assets ( Building Partnership) | | None | J | U | | | | | 2015-3 |
| 4. | FORMER LAW FIRM (HUBERT AND HERNANDEZ, LLC) 16.67% OWNERSHIP (H) | | | | | | | | | 2015-4 ENTITY NAME |
| 5. | -a) cash other misc assets | A | Distribution | | | Closed | 12/29/16 | J | A | 2015-5 |
| 6. | -b) accounts receivable | | None | | | Closed | 12/29/16 | J | A | 2015-6 |
| 7. | PETERS LAW FIRM, LLC (CURRENT FIRM )(H) | | | | | | | | | 2015-7 ENTITY NAME |
| 8. | -a) cash, furniture and equip and other misc assets | | None | K | U | | | | | 2015-8 |
| 9. | -b) accounts receivable | E | Distribution | K | U | | | | | 2015-9 |
| 10. | US BANK/CHECKING ACCOUNT- #1 | A | Interest | K | T | | | | | 2015-10 |
| 11. | US BANK/CHECKING-SAVINGS ACCOUNT- #2 | A | Interest | M | T | | | | | 2015-11 |
| 12. | STATE OF NEW MEXICO PUBLIC EMPLOYEE RETIREMENT (PERA) | E | Int./Div. | M | T | Distributed (part) | 05/02/17 | K | | 2015-12"ACCOUNT MANAGER" |
| 13. | NM STATE DEFERRED COMPENSATION ACCOUNT (IRC CODE 457) (H): | | | | | | | | | 2015-13 "ACCOUNT MANAGER" |
| 14. | -a) State of New Mexico Public Employees- Stable Value Fund | A | Dividend | J | T | | | | | 2015-14 |
| 15. | -b) T Rowe Price-Mid-Cap Growth Fund | A | Dividend | J | T | | | | | 2015-15 |
| 16. | -c) Oakmark Equity and Income Fund I | A | Dividend | J | T | | | | | 2015-16 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martinez, Lourdes A. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. -d) Vanguard Inst Indx Inst | A | Dividend | J | T | | | | | 2015-17 |
| 18. e) Fidelity Diversified International K | A | Dividend | J | T | | | | | 2015-18 |
| 19. MINNESOTA LIFE, VAR ADJ LIFE INSURANCE - CASH SUR VALUE #1: (H) | | | | | | | | | 2015-19 "ACCOUNT MANAGER" |
| 20. -a) SFT-Bond Fund C-2 (Life ins #1) | A | Dividend | J | T | | | | | 2015-20 |
| 21. -b) IVY VIP International Core (Life ins #1) | A | Dividend | J | T | | | | | 2015-21 |
| 22. -c) IVY VIP Value Portfolio (Life ins #1) | A | Dividend | J | T | | | | | 2015-22 |
| 23. -d) SFT IVY Growth (Life ins #1) | A | Dividend | J | T | | | | | 2015-23 |
| 24. -e) SFT IVY Small Cap (Life ins #1) | A | Dividend | J | T | | | | | 2015-24 |
| 25. MINNESOTA LIFE, VAR ADJ LIFE INSURANCE (LP) - CASH SUR VALUE #2: (H) | | | | | | | | | 2015-25 "ACCOUNT MANAGER" |
| 26. -a) SFT Ivy Bond C-2 (Life ins #2) | A | Dividend | J | T | | | | | 2015-26 |
| 27. -b) IVY VIP International Core (Life ins #2) | A | Dividend | J | T | | | | | 2015-27 |
| 28. -c) IVY VIP Core Equity (Life ins #2) | A | Dividend | J | T | | | | | 2015-28 |
| 29. -d) IVY VIP Mid Cap Growth Portfolio (Life ins #2) | A | Dividend | J | T | | | | | 2015-29 |
| 30. -e) SFT IVY Growth (Life ins #2) | A | Dividend | J | T | | | | | 2015-30 |
| 31. IRA #1 - EDWARD JONES, as follows: (H) | | | | | | | | | 2015-31 "NEW ACCOUNT MGR" |
| 32. -a) Blackrock Global - Allocation Fund Inc C (IRA #1) | A | Dividend | J | T | | | | | 2015-32 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martinez, Lourdes A. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33. -b) Loomis Sayles Strategic-Income Fund Class C (IRA #1) | A | Dividend | J | T | | | | | 2015-33 |
| 34. -c) VOYA GOLDEN SELECT PREMIUM PLUS (IRA #1) as follows: (H) | | | | | | | | | 2015-34 "ACCOUNT MANAGER" |
| 35. -1) VY T Rowe Price-Capital Appreciation S (IRA #1) | A | Dividend | J | T | | | | | 2015-35 |
| 36. -2) VY T Rowe Price - International Stock (IRA #1) | A | Dividend | J | T | | | | | 2015-36 |
| 37. -3) VOYA Mid Cap Opportunities Portfolio (IRA #1) | A | Dividend | J | T | | | | | 2015-37 |
| 38. -4) VY FMR Diversified Mid Cap Portfolio S (IRA #1) | A | Dividend | J | T | | | | | 2015-38 |
| 39. -5) VOYA - Liquid Assets Portfolio (IRA #1) | A | Dividend | J | T | | | | | 2015-39 |
| 40. -6) VOYA Russell Mid Cap Growth Index Port (IRA #1) | A | Dividend | J | T | | | | | 2015-40 |
| 41. -7) VOYA Large Cap Value Portfolio Class S (IRA #1) | A | Dividend | J | T | | | | | 2015-41 |
| 42. IRA #2 - EDWARD JONES, as follows: (H) | | | | | | | | | 2015-42 "NEW ACCOUNT MGR" |
| 43. -a) Blackrock Global-Allocation Fund Inc C (IRA #2) | A | Dividend | J | T | | | | | 2015-43 |
| 44. -b) Loomis Sayles Strategic-Income Fund Class C (IRA #2) | A | Dividend | J | T | | | | | 2015-44 |
| 45. -c) Templeton Foreign Fund-Class A (IRA #2) | A | Dividend | J | T | | | | | 2015-45 |
| 46. -d) VOYAGOLDEN SELECT PREMIUM PLUS (IRA #2) as follows:(H) | | | | | | | | | 2015-46 "ACCOUNT MANAGER" |
| 47. -1) VY FMR Diversified Mid Cap Portfolio (IRA #2) | A | Dividend | J | T | | | | | 2015-47 |
| 48. -2) VOYA Mid Cap Opportunities Portfolio (IRA #2) | A | Dividend | J | T | | | | | 2015-48 |
| 49. -3) VY T Rowe Price - Capital Appreciation (IRA #2) | A | Dividend | J | T | | | | | 2015-49 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martinez, Lourdes A. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. -4) VY T Rowe Price International Stock (IRA #2) | A | Dividend | J | T | | | | | 2015-50 |
| 51. -5) VOYA Russell Mid Cap Growth Index Port (IRA #2) | A | Dividend | J | T | | | | | 2015-51 |
| 52. -6) VOYA Large Cap Value Portfolio - Class S (IRA #2) | A | Dividend | J | T | | | | | 2015-52 |
| 53. IRA #3 - ROLL-OVER ACCOUNT, VOYA ANNUITY & LIFE INS CO:(H) | | | | | | | | | 2015-53 "ACCOUNT MANAGER" |
| 54. -a) VOYA Annuity & Life Ins Co - USG Multibuilder (IRA #3) | B | Dividend | K | T | | | | | 2015-54 |
| 55. IRA #2 - EDWARD JONES - IRA as follows: (H) | | | | | | | | | 2015-55 "NEW ACCT MANAGER" |
| 56. -a) Fidelity Adv Financial Services Cl C (IRA #2) | A | Dividend | | | Sold | 02/01/17 | K | D | 2015-56 TRANS TO IRA #2, |
| 57. -b) Fidelity Adv Health Care Cl C (IRA #2) | A | Dividend | | | Sold | 02/01/17 | K | D | 2015-57 TRANS TO IRA #2 |
| 58. -c) Fidelity Adv Equity Income Cl C (IRA #2) | A | Dividend | | | Sold | 02/01/17 | K | D | 2015-58 TRANS TO IRA #2 |
| 59. -d) Fidelity Adv Dividend Growth FD Cl C (IRA #2) | A | Dividend | | | Sold | 02/01/17 | K | D | 2015-59 TRANS TO IRA #2 |
| 60. -e) Fidelity Adv Freedom 2025-CLC (IRA #2) | A | Dividend | | | Sold | 02/01/17 | M | E | 2015-60 TRANS TO IRA #2 |
| 61. f) amcap Fund CL A (IRA #2) | A | Dividend | K | T | Buy | 02/02/17 | K | | |
| 62. g) American Balanced Fund Cl A (IRA #2) | A | Dividend | L | T | Buy | 02/02/17 | K | | |
| 63. h) Bond Fund of America (IRA #2) | A | Dividend | K | T | Buy | 02/02/17 | K | | |
| 64. i) Capital Income Builder Cl A (IRA #2) | A | Dividend | K | T | Buy | 02/02/17 | K | | |
| 65. j) Fundamental Investors Fund A (IRA #2) | A | Dividend | K | T | Buy | 02/02/17 | K | | |
| 66. k) Growth Fund of America Cl A (IRA #2) | A | Dividend | K | T | Buy | 02/02/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martinez, Lourdes A. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. l) Hartford Midcap Fund Cl c (IRA #2) | A | Dividend | K | T | Buy | 02/02/17 | K | | |
| 68. m) Income Fund of America Cl A (IRA #2) | A | Dividend | K | T | Buy | 02/02/17 | K | | |
| 69. n) Inter Bond Fund of America Cl A (IRA #2) | A | Dividend | K | T | Buy | 02/02/17 | K | | |
| 70. o) American Balanced Fund Cl A | A | Dividend | J | T | Buy | 02/08/17 | J | | |
| 71. Royalty interest Well-KAISER-FRANCIS OIL CO Oklahoma | A | Royalty | J | W | | | | | 2015-61 |
| 72. Royality interest in Oil well - Breck Operating Corp Oklahoma | A | Royalty | J | W | | | | | 2015-62 |
| 73. 10% Interest in 300 acres, Durango, CO USA | | None | K | W | | | | | 2015-63 |
| 74. Kinder Morgan, Inc. - Assignment of rents Eddy County, NM | A | Rent | K | W | | | | | 2015-64 |
| 75. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART III-B NON-INVESTMENT INCOME:

LINE 1 - THIS WAS SPOUSE'S FORMER LAW FIRM OF HUBERT AND HERNANDEZ, LLC

PART VI: LIABILITIES:

LINE 1 - THIS IS THE SPOUSE'S BUILDING PARTNERSHIP LIABILITY FOR THE FIRST MORTGAGE ON A COMMERCIAL BUILDING. THE AMOUNT IS THE ENTIRE CONTINGENT LIABILITY FOR THE LOAN. THE 25% OWNERSHIP OF THE PARTNERSHIP INTEREST IS REPORTED ON PART VII LINE 1.

LINE 2 - THIS IS THE SPOUSE'S SOLELY OWNED COMPANY - LIABILITY FOR VENDORS, PAYROLL TAXES AND SALES TAXES. THE OWNERSHIP OF THE LLC INTEREST IS REPORTED ON PART VII LINE 7

PART VII: INVESTMENTS AND TRUSTS:

EACH ASSET IS CROSS-REFERENCED (IN COLUMN D-5) TO THE PREVIOUS YEAR (2015) REPORT.

LINE 4 - SPOUSE OWNED MEMBER UNITS IN A CLOSELY HELD CLOSED LAW FIRM WHICH NO LONGER EMPLOYS HIM. COMPANY COMPLETELY CLOSED BY THE END OF 2016.

LINE 7, 8, & 9 - SPOUSE OWNS ALL THE MEMBER UNITS IN A CLOSELY HELD LAW FIRM WHICH EMPLOYS HIM. SPOUSE MAINTAINED A 100% EQUITY INTEREST AT THE END OF THE REPORTING PERIOD.

LINE 12 - THIS IS A MANDATORY RETIREMENT SYSTEM FOR THE STATE OF NEW MEXICO, SEE PART 2, LINE 1. NO CONTRIBUTIONS WERE MADE IN THE CALENDAR YEAR 2015; THIS IS A DEFINED BENEFIT PLAN AND DISTRIBUTIONS STARTED IN 2014.

LINE 55 - THIS IS A SIMPLE IRA PLAN MAINTAINED IN CONNECTION WITH SPOUSE'S EMPLOYMENT, THE INVESTMENTS HELD WERE ROLLED IN TO IRA #2 AND THEN SOLD AS INDICATED.

LINE 71 - THIS IS AN INHERITED (BY THE SPOUSE) 1/3 INTEREST IN A "ROYALTY INTEREST" OIL WELL INVESTMENT WITH KAISER-FRANCIS OIL COMPANY. THE OWNERSHIP INTEREST IS A BENEFICIAL INTEREST IN A DECEDENT'S ESTATE AND TITLE HAS NOT PASSED TO THE BENEFICIARY. THE EQUITY INTEREST IS ESTIMATED TO BE VALUED AT NOT OVER $1,000.00.

LINE 72 - THIS IS AN INHERITED (BY THE SPOUSE) 1/3 INTEREST IN A "ROYALTY INTEREST" OIL WELL WITH THE BRECK OPERATING COMPANY. TITLE HAS NOT BEEN TRANSFERRED TO SPOUSE. THE OWNERSHIP INTEREST IS A BENEFICIAL INTEREST IN A DECEDENT'S ESTATE AND TITLE HAS NOT PASSED TO THE BENEFICIARY (SPOUSE). THE EQUITY INTEREST IS PROBABLY NOT VALUED AT OVER $1,000.00.

LINE 74 - THIS ASSET REPRESENTS THE PURCHASE OF CERTAIN "OLD" ACCOUNT RECEIVABLES FROM THE SPOUSE'S TWO OLD LAW FIRMS (HUBERT AND HERNANDEZ, PA AND HUBERT AND HERNANDEZ, LLC) THAT WERE PURCHASED DURING THE WINDING DOWN PROCESS OF THOSE COMPANIES. THE LAST UNPAID ACCOUNT HAS ASSIGNED ITS INTEREST IN A RENTAL PROPERTY AND PAYMENT OF RENTS OF APPROXIMATELY $695 AS AN ANNUAL PAYMENT FOR AN INDEFINITE PERIOD OF TIME AS PAYMENT OF THIS ACCOUNT RECEIVABLE.

| Name of Person Reporting | Date of Report |
|---|---|
| Martinez, Lourdes A. | 08/11/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lourdes A. Martinez**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544